People v Ali (2025 NY Slip Op 07015)

People v Ali

2025 NY Slip Op 07015

Decided on December 17, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 17, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
VALERIE BRATHWAITE NELSON
ROBERT J. MILLER
HELEN VOUTSINAS, JJ.

2018-10134
 (Ind. No. 1418/16)

[*1]The People of the State of New York, respondent,
vClifford Ali, appellant.

Clifford Ali, Stormville, NY, appellant pro se.
Susan Cacace, District Attorney, White Plains, NY (Brian R. Pouliot of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 31, 2021 (People v Ali, 192 AD3d 1132), affirming a judgment of the Supreme Court, Westchester County, rendered July 16, 2018.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DUFFY, J.P., BRATHWAITE NELSON, MILLER and VOUTSINAS, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court